UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-21825-CIV-HUCK/BANDSTRA

PETROS ARAKELIAN,

    Plaintiff,

vs.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (D.E. #4). After considering the Notice, and being otherwise duly advised, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All pending motions are DENIED as moot and the Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers, Miami, Florida, this 21st day of July, 2011.

                                            Paul C. Huck
                                            United States District Judge

Copies furnished to:
Counsel of Record